UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

UNITED STATES OF AMERICA

                                   :     UNSEALING ORDER

     - v. -

                                   :     17 Cr. 364 (CS)

WILFREDO RUIZ,
   a/k/a "Pop"

                                   :

          Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the United States of America for the

unsealing of the Consent Preliminary Order of Forfeiture as to Specific Property entered in this

case;

IT IS HEREBY ORDERED that the Consent Preliminary Order of Forfeiture as to

Specific Property entered in this case on November 17, 2020, be unsealed.

Dated: White Plains, New York
      December 12 , 2025

                                          *Cathy Seibel*

                         _____
                         HONORABLE CATHY SEIBEL
                         UNITED STATES DISTRICT JUDGE